Transferred_Out_Circuit,PB

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:25−cv−03573

Unanue v. Goya Foods, Inc. et al **Case electronically transferred to District of New Jersey.**
Assigned to: Judge Alfred H Bennett
Cause: 28:1132 E.R.I.S.A.

Date Filed: 08/01/2025
Jury Demand: Plaintiff
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Robert Unanue** represented by

**Henry Lee Self , III**
Harder Stonerock LLP
6300 Wilshire Blvd.
Suite 640
Los Angeles, CA 90048
424−203−1600
Email: hself@harderstonerock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Stonerock**
Harder Stonerock LLP
6300 Wilshire Blvd.
Suite 640
Los Angeles, CA 90048
424−203−1600
Email: rstonerock@harderstonerock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dilan A. Esper**
Harder Stonerock LLP
6300 Wilshire Blvd., Suite 640
Los Angeles, CA 90048
424−203−1600
Email: desper@harderstonerock.com
*ATTORNEY TO BE NOTICED*

**Frank Martin Smith**
FMS Lawyer PL
PO Box 219
Fort White, FL 32038
954−414−4625
Email: frank.smith@fmslawyer.com
*ATTORNEY TO BE NOTICED*

**Samuel Joseph Landingham**
Lawson & Moshenberg PLLC
2301 Commerce St.
Suite 200
Houston, TX 77002
832−797−7886

Email: sam.landingham@lmbusinesslaw.com
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Lawson**
Lawson & Moshenberg PLLC
2301 Commerce St.
Suite 200
Houston, TX 77002
903−316−9155
Email: nick.lawson@lmbusinesslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Goya Foods, Inc.** represented by

**Daniel J Madden**
Fox Rothschild LLP
2501 N Harwood Street
Suite 1800
Dallas, TX 75201
214−231−5787
Fax: 972−404−0516
Email: dmadden@foxrothschild.com
*TERMINATED: 06/19/2026*
*ATTORNEY TO BE NOTICED*

**Daniel John Ringquist**
Ahmad Zavitsanos Mensing, PLLC
1221 McKinney Street
Suite 2500
Houston, TX 77010
713−655−1101
Email: dringquist@azalaw.com
*ATTORNEY TO BE NOTICED*

**Hailey Alexandra Pulman**
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney St.
Suite 2500
Houston, TX 77010
713−655−1101
Fax: 713−655−0062
Email: hpulman@azalaw.com
*ATTORNEY TO BE NOTICED*

**Marc J. Gross**
Buchanan Ingersoll & Rooney
550 Broad St.
Suite 810
Newark, NJ 07102
973−424−5615
Fax: 973−273−9430
Email: marc.gross@bipc.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Rudd**
Fox Rothschild LLP
4900 Main St.
Suite 150
Kansas City, MO 64112
816−919−7909
Email: mrudd@foxrothschild.com
*TERMINATED: 06/19/2026*
*ATTORNEY TO BE NOTICED*

**Paul Stevens Turkevich**
Ahmad, Zavitsanos & Mensing PLLC
1221 McKinney Street
Suite 2500
Houston, TX 77010
202−770−7574
Email: pturkevich@azalaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Francisco Unanue** represented by **Daniel J Madden**
Fox Rothschild LLP
Two Lincoln Centre
5420 LBJ Freeway, Ste 1200
Dallas, TX 75240
972−991−0889
Fax: 972−404−0516
Email: dmadden@foxrothschild.com
*TERMINATED: 06/19/2026*
*ATTORNEY TO BE NOTICED*

**Daniel John Ringquist**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hailey Alexandra Pulman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Rudd**
(See above for address)
*TERMINATED: 06/19/2026*
*ATTORNEY TO BE NOTICED*

**Paul Stevens Turkevich**
(See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Party of Interest**

**Secretary of Labor**

**Party of Interest**

**Secretary Of The Treasury**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2025 | Ï 1 | COMPLAINT against All Defendants (Filing fee $ 405 receipt number ATXSDC−33866782) filed by Robert Unanue. (Attachments: # 1 Exhibit A − Deferred Compensation Agreement, # 2 Exhibit B − Termination Letter, # 3 Exhibit C − Retraction Demand, # 4 Civil Cover Sheet) (Lawson, Nicholas) (Entered: 08/01/2025) |
| 08/04/2025 | Ï | Referral Judge Selected: Magistrate Judge Peter Bray randomly selected to receive referrals. The selected Magistrate Judge is not assigned to this case until a District Judge refers the case or a motion or the parties consent to jurisdiction of the Magistrate Judge. Once a referral has been made, the name of the referral judge will appear at the top of the docket sheet. (hlc4) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 2 | CLERKS NOTICE Regarding Consent to Jurisdiction of Magistrate Judge. Parties notified, filed. (hlc4) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 11/13/2025 at 10:00 AM by video before Magistrate Judge Peter Bray. (Signed by Magistrate Judge Peter Bray) Parties notified. (hlc4) (Entered: 08/04/2025) |
| 08/08/2025 | Ï 4 | Request for Issuance of Summons as to Goya Foods, Inc., Francisco Unanue, Secretary of Labor, Secretary Of The Treasury, filed. (Attachments: # 1 Summons (Duplicate) (Francisco R. Unanue), # 2 Summons (Goya Foods, Inc.), # 3 Summons (Duplicate) (Goya Foods, Inc.), # 4 Summons (Secretary of Labor), # 5 Summons (Duplicate) (Secretary of Labor), # 6 Summons (Secretary of the Treasury), # 7 Summons (Duplicate) (Secretary of the Treasury)) (Lawson, Nicholas) (Entered: 08/08/2025) |
| 08/15/2025 | Ï 5 | Summons Issued as to Goya Foods, Inc., Francisco Unanue. Issued summons delivered to plaintiff by NEF, filed. (Attachments: # 1 Summons) (bli4) (Entered: 08/15/2025) |
| 08/15/2025 | Ï | Summons Not Issued as to Secretary Of The Treasury, Secretary of Labor due to these deficiencies: Party named on summons is not a named defendant on the case. Attorney or Plaintiff notified of deficiencies by NEF, filed. (bli4) (Entered: 08/15/2025) |
| 09/09/2025 | Ï 6 | MOTION to Appear Pro Hac Vice for Frank Smith (Fee Paid: $100, receipt number ATXSDC−34092477) by Robert Unanue, filed. Motion Docket Date 9/30/2025. (Lawson, Nicholas) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 7 | MOTION to Appear Pro Hac Vice for Ryan J. Stonerock (Fee Paid: $100, receipt number ATXSDC−34092533) by Robert Unanue, filed. Motion Docket Date 9/30/2025. (Lawson, Nicholas) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 8 | MOTION to Appear Pro Hac Vice for Henry L. Self III (Fee Paid: $100, receipt number ATXSDC−34092555) by Robert Unanue, filed. Motion Docket Date 9/30/2025. (Lawson, |

| | | |
|---|---|---|
| | | Nicholas) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 9 | MOTION to Appear Pro Hac Vice for Dilan A. Esper (Fee Paid: $100, receipt number ATXSDC−34092566) by Robert Unanue, filed. Motion Docket Date 9/30/2025. (Lawson, Nicholas) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 10 | STIPULATION re: Acceptance of Service and Extension of Responsive Pleading Deadline by Robert Unanue, filed. (Attachments: # 1 Proposed Order) (Lawson, Nicholas) (Entered: 09/09/2025) |
| 09/10/2025 | Ï 11 | ORDER granting 9 Motion for Dilan A. Esper to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Alfred H Bennett) Parties notified. (mmm4) (Entered: 09/10/2025) |
| 09/10/2025 | Ï 12 | ORDER granting 6 Motion for Frank Martin Smith to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Alfred H Bennett) Parties notified. (mmm4) (Entered: 09/11/2025) |
| 09/10/2025 | Ï 14 | ORDER granting 7 Motion for Ryan Joseph Stonerock to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Alfred H Bennett) Parties notified. (mmm4) (Entered: 09/11/2025) |
| 09/11/2025 | Ï 13 | ORDER granting 8 Motion for Henry Lee Self to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Alfred H Bennett) Parties notified. (mmm4) (Entered: 09/11/2025) |
| 10/06/2025 | Ï 15 | ORDER granting 10 Joint Stipulation and Agreement ( Responsive pleading due by 10/15/2025 ) (Signed by Judge Alfred H Bennett) Parties notified. (jm4) (Entered: 10/07/2025) |
| 10/15/2025 | Ï 16 | MOTION to Dismiss *OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE* by Goya Foods, Inc., filed. Motion Docket Date 11/5/2025. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9) (Rudd, Michael) (Entered: 10/15/2025) |
| 10/15/2025 | Ï 17 | MOTION to Dismiss *OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE* by Francisco Unanue, filed. Motion Docket Date 11/5/2025. (Attachments: # 1 Exhibit 1) (Rudd, Michael) (Entered: 10/15/2025) |
| 10/15/2025 | Ï 18 | CERTIFICATE OF INTERESTED PARTIES by Robert Unanue, filed. (Lawson, Nicholas) (Entered: 10/15/2025) |
| 10/22/2025 | Ï 19 | CERTIFICATE OF INTERESTED PARTIES by Goya Foods, Inc., Francisco Unanue, filed. (Rudd, Michael) (Entered: 10/22/2025) |
| 10/22/2025 | Ï 20 | CORPORATE DISCLOSURE STATEMENT by Goya Foods, Inc., filed. (Rudd, Michael) (Entered: 10/22/2025) |
| 10/22/2025 | Ï 21 | NOTICE of Appearance by Daniel J. Madden on behalf of Goya Foods, Inc., Francisco Unanue, filed. (Madden, Daniel) (Entered: 10/22/2025) |
| 10/31/2025 | Ï 22 | Unopposed MOTION for Extension of Time Deadline to Respond to Defendants' Motions to Dismiss or Transfer by Robert Unanue, filed. Motion Docket Date 11/21/2025. (Attachments: # 1 Proposed Order) (Lawson, Nicholas) (Entered: 10/31/2025) |
| 11/03/2025 | Ï 23 | Unopposed MOTION for Scheduling Order Deadline Conference by Francisco Unanue, filed. Motion Docket Date 11/24/2025. (Rudd, Michael) (Entered: 11/03/2025) |
| 11/03/2025 | Ï 24 | Opposed JOINT DISCOVERY/CASE MANAGEMENT PLAN by Robert Unanue, filed. (Lawson, Nicholas) (Entered: 11/03/2025) |

| | | |
|---|---|---|
| 11/06/2025 | Ï 25 | MOTION to Appear Pro Hac Vice for Marc J. Gross (Fee Exempt) by Goya Foods, Inc., Francisco Unanue, Peter Unanue, filed. Motion Docket Date 12/1/2025. (Gross, Marc) (Entered: 11/06/2025) |
| 11/07/2025 | Ï 26 | ORDER granting 25 Motion for Marc Jonathan Gross to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Alfred H Bennett) Parties notified. (mmm4) (Entered: 11/07/2025) |
| 11/11/2025 | Ï 27 | THIS MOTION IS STRICKEN FROM THE RECORD, PER ORDER DKT. NO. 28 . **** MOTION to Conduct Depositions for Jurisdictional Discovery by Robert Unanue, filed. Motion Docket Date 12/2/2025. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Lawson, Nicholas) Modified on 11/13/2025 (mmm4). (Entered: 11/11/2025) |
| 11/12/2025 | Ï 28 | ORDER striking from the record 27 MOTION to Conduct Depositions for Jurisdictional Discovery (Signed by Judge Alfred H Bennett) Parties notified. (mmm4) (Entered: 11/13/2025) |
| 11/13/2025 | Ï | Minute Entry for proceedings held before Magistrate Judge Peter Bray. SCHEDULING CONFERENCE held on 11/13/2025. Scheduling order entered. Appearances: Daniel J Madden, Marc J. Gross, Henry Lee Self, III, Nicholas Robert Lawson.(ERO:Yes), filed. (jmm4) (Entered: 11/14/2025) |
| 11/13/2025 | Ï 29 | SCHEDULING ORDER. Amended Pleadings due by 2/27/2026. Joinder of Parties due by 2/27/2026 Pltf Expert Witness List due by 11/30/2026. Pltf Expert Report due by 11/30/2026. Deft Expert Witness List due by 1/29/2027. Deft Expert Report due by 1/29/2027. Discovery due by 2/26/2027. Dispositive Motion Filing due by 3/26/2027. Non−Dispositive Motion Filing due by 3/26/2027. Joint Pretrial Order due by 7/6/2027. Docket Call set for 7/23/2027 at 01:30 PM in Courtroom 9A before Judge Alfred H Bennett Jury Trial set for 7/26/2027 at 09:00 AM in Courtroom 9A before Judge Alfred H Bennett (Signed by Magistrate Judge Peter Bray) Parties notified. (jmm4) (Entered: 11/14/2025) |
| 11/24/2025 | Ï 30 | Unopposed MOTION for Extension of Time Deadline to Respond to Defendants' Motions to Dismiss or Transfer by Robert Unanue, filed. Motion Docket Date 12/15/2025. (Attachments: # 1 Proposed Order) (Lawson, Nicholas) (Entered: 11/24/2025) |
| 11/24/2025 | Ï 31 | ORDER granting 30 Motion for Extension of Time.(Signed by Judge Alfred H Bennett) Parties notified. (lre4) (Entered: 11/24/2025) |
| 12/23/2025 | Ï 32 | STIPULATION re: Extension of Deadlines by Goya Foods, Inc., filed. (Madden, Daniel) (Entered: 12/23/2025) |
| 02/12/2026 | Ï 33 | Unopposed MOTION for Extension of Time to Respond to Motions Challenging Jurisdiction to Accommodate Jurisdictional Discovery by Robert Unanue, filed. Motion Docket Date 3/5/2026. (Attachments: # 1 Proposed Order) (Lawson, Nicholas) (Entered: 02/12/2026) |
| 03/06/2026 | Ï 34 | Unopposed MOTION for Extension of Time to Respond to Defendants' Motions to Dismiss or Transfer by Robert Unanue, filed. Motion Docket Date 3/27/2026. (Attachments: # 1 Proposed Order) (Lawson, Nicholas) (Entered: 03/06/2026) |
| 03/16/2026 | Ï 35 | STIPULATION re: Agreed Stipulated Confidentiality Order by Robert Unanue, filed. (Lawson, Nicholas) (Entered: 03/16/2026) |
| 03/17/2026 | Ï 36 | AGREED STIPULATED CONFIDENTIALITY ORDER (Signed by Judge Alfred H Bennett) Parties notified. (glk4) (Entered: 03/18/2026) |
| 03/20/2026 | Ï 37 | ORDER granting 34 Motion for Extension of Time.(Signed by Judge Alfred H Bennett) Parties notified. (lre4) (Entered: 03/22/2026) |
| 04/02/2026 | Ï 38 | Unopposed MOTION for Extension of Time to Respond to Defendants' Motions to Dismiss or Transfer by Robert Unanue, filed. Motion Docket Date 4/23/2026. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order) (Lawson, Nicholas) (Entered: 04/02/2026) |
| 04/16/2026 | Ï 39 | NOTICE of Setting. Parties notified. Discovery Hearing set for 5/7/2026 at 02:00 PM in Courtroom 9A before Judge Alfred H Bennett, filed. (lre4) (Entered: 04/16/2026) |
| 04/22/2026 | Ï 40 | ORDER granting 38 Plaintiff's Motion for Extension of Time. Responses due by 5/1/2026. (Signed by Judge Alfred H Bennett) Parties notified. (bmn4) (Entered: 04/22/2026) |
| 04/29/2026 | Ï 41 | Unopposed MOTION for Extension of Time Response Deadline to Defendants' Motions to Dismiss or Transfer by Robert Unanue, filed. Motion Docket Date 5/20/2026. (Attachments: # 1 Proposed Order) (Lawson, Nicholas) (Entered: 04/29/2026) |
| 05/01/2026 | Ï 42 | Joint MOTION for Continuance of Discovery Hearing Set for May 7, 2026 by Robert Unanue, filed. Motion Docket Date 5/22/2026. (Attachments: # 1 Proposed Order) (Lawson, Nicholas) (Entered: 05/01/2026) |
| 05/01/2026 | Ï 43 | ORDER granting 42 Motion for Continuance Discovery Hearing set for 5/14/2026 at 02:30 PM in Courtroom 9A before Judge Alfred H Bennett.(Signed by Judge Alfred H Bennett) Parties notified. (lre4) (Entered: 05/01/2026) |
| 05/12/2026 | Ï 44 | Joint MOTION for Extension of Time May 14 Discovery Conference by Goya Foods, Inc., filed. Motion Docket Date 6/2/2026. (Attachments: # 1 Proposed Order) (Madden, Daniel) (Entered: 05/12/2026) |
| 05/13/2026 | Ï 45 | ORDER granting 44 Motion for Extension of Time Discovery Hearing set for 6/12/2026 at 09:00 AM in Courtroom 9A before Judge Alfred H Bennett.(Signed by Judge Alfred H Bennett) Parties notified. (lre4) (lre4). (Entered: 05/13/2026) |
| 05/13/2026 | Ï 46 | ORDER granting 41 Unopposed MOTION for Extension of Time Response Deadline to Defendants' Motions to Dismiss or Transfer ( Responses to 16 , 17 MOTIONS to Dismiss *OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE* due by 5/28/2026.) (Signed by Judge Alfred H Bennett) Parties notified. (glc4) (Entered: 05/14/2026) |
| 05/21/2026 | Ï 47 | Unopposed MOTION for Extension of Time for the Deadline to Respond to Defendants' Motions to Dismiss or Transfer by Robert Unanue, filed. Motion Docket Date 6/11/2026. (Attachments: # 1 Proposed Order) (Lawson, Nicholas) (Entered: 05/21/2026) |
| 06/10/2026 | Ï 48 | NOTICE of Appearance by MARC J. GROSS on behalf of Goya Foods, Inc., Francisco Unanue, filed. (Gross, Marc) (Entered: 06/10/2026) |
| 06/11/2026 | Ï 49 | NOTICE of Appearance by Paul Turkevich on behalf of Goya Foods, Inc., Francisco Unanue, filed. (Turkevich, Paul) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 50 | NOTICE of Appearance by DJ Ringquist on behalf of Goya Foods, Inc., Francisco Unanue, filed. (Ringquist, Daniel) (Entered: 06/11/2026) |
| 06/11/2026 | Ï 51 | NOTICE of Appearance by Hailey Pulman on behalf of Goya Foods, Inc., Francisco Unanue, filed. (Pulman, Hailey) (Entered: 06/11/2026) |
| 06/12/2026 | Ï 52 | NOTICE of Appearance by Samuel J. Landingham on behalf of Robert Unanue, filed. (Landingham, Samuel) (Entered: 06/12/2026) |
| 06/12/2026 | Ï 53 | AO 435 TRANSCRIPT REQUEST by Robert I. Unanue/Nicholas Lawson for Transcript of Discovery Hearing on 6/12/26 before Judge Alfred H. Bennett. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Monica Walker−Bailey, filed. (Landingham, Samuel) (Entered: 06/12/2026) |
| 06/12/2026 | Ï | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Alfred H Bennett. DISCOVERY HEARING held on 6/12/2026. The Court took up oral argument on discovery issues. Defendant's submission due in 30 days, Plaintiff's response brief due 14 days after. Appearances: Daniel John Ringquist, Marc J. Gross, Samuel Joseph Landingham, Nicholas Robert Lawson.(Court Reporter: M. Walker−Bailey), filed. (lre4) (Entered: 06/12/2026) |
| 06/19/2026 | Ï 54 | NOTICE of attorney substitution by Goya Foods, Inc., Francisco Unanue. Attorney Daniel J Madden and Michael Rudd terminated, filed. (Gross, Marc) (Entered: 06/19/2026) |
| 07/04/2026 | Ï 55 | TRANSCRIPT re: Discovery Hearing held on June 12, 2026 before Judge Alfred H Bennett. Court Reporter/Transcriber Monica Walker−Bailey. Ordering Party Samuel Langingham Release of Transcript Restriction set for 10/2/2026., filed. (Walker−Bailey, Monica) (Entered: 07/04/2026) |
| 07/04/2026 | Ï 56 | Notice of Filing of Official Transcript re: 55 Transcript,. Parties notified, filed. (SDTX_CMECF_AutoDocket, ) (Entered: 07/04/2026) |
| 07/17/2026 | Ï 57 | Unopposed MOTION for Extension of Time Court Deadline by Goya Foods, Inc., Francisco Unanue, filed. Motion Docket Date 8/7/2026. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order) (Ringquist, Daniel) (Entered: 07/17/2026) |
| 07/22/2026 | Ï 58 | ORDER granting 57 Motion for Extension of Time. Defendants' deadline to respond to Plaintiff's revised jurisdiction discovery requests is HEREBY extended through and including July 30, 2026. (Signed by Judge Alfred H. Bennett) Parties notified. (dmm4) (Entered: 07/22/2026) |
| 08/13/2026 | Ï 59 | RESPONSE in Opposition to 17 MOTION to Dismiss *OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE*, 16 MOTION to Dismiss *OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE*, filed by Robert Unanue. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Affidavit, # 8 Exhibit F, # 9 Exhibit G) (Lawson, Nicholas) (Entered: 08/13/2026) |
| 09/15/2026 | Ï 60 | ORDER granting 47 Motion for Extension of Time; Motion−related deadline set re: 17 MOTION to Dismiss *OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE*, 16 MOTION to Dismiss *OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE*. Responses due by 7/10/2026..(Signed by Judge Alfred H Bennett) Parties notified. (glk4) (Entered: 09/15/2026) |
| 09/25/2026 | Ï 61 | ORDER TO TRANSFER CASE to USDC−District of New Jersey granting in part 16 , 17 Motions to Dismiss or in the Alternative Transfer Venue. (Transfer of this case is stayed for 21 days pursuant to General Order 2024−02.) (Out of Circuit Transfer Deadline set for 10/16/2026.) (Signed by Judge Alfred H Bennett) Parties notified. (glc4) (Entered: 09/25/2026) |